# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ARIEL ORTIZ,

    Plaintiff,

v.                                Case No. 3:22-cv-413-TJC-MCR

QUICK CATCH, INC.,

    Defendant.

## O R D E R

Upon review of the Parties' Joint Stipulation of Voluntary Dismissal With Prejudice (Doc. 12), filed on August 18, 2022, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of August, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record